IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALFONZO EXUM,** | : |
| | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 15-5193 |
| **LOUIS FOLINO, et al.,** | : |
| | : |
| Respondents. | : |

## O R D E R

**AND NOW,** this 2nd day of February, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Marilyn Heffley, **IT IS HEREBY ORDERED** that:

1. The report and recommendation is **APPROVED** and **ADOPTED**;[1]

2. The petition for a writ of habeas corpus is **DISMISSED** with prejudice;

3. A certificate of appealability **WILL NOT ISSUE**; and

---

[1] Petitioner Alfonzo Exum brings this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2016, United States Magistrate Judge Marilyn Heffley issued a Report and Recommendation, recommending that the petition be dismissed. Petitioner sought three separate extensions of time in which to file Objections to the Report and Recommendation, each of which was granted; however, Petitioner was notified after the third extension that no further extensions would be granted and that his Objections were due November 4, 2016. As of the date of this Order, Petitioner has not filed any Objections. I will therefore approve and adopt the Report and Recommendation, and dismiss the petition with prejudice without an evidentiary hearing.

ENTERED

FEB 0 3 2017

CLERK OF COURT

1

4. The Clerk is directed to mark this case **CLOSED**.

BY THE COURT

_____
LAWRENCE F. STENGEL, J.